IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LG ELECTRONICS MOBILECOMM USA INC., *et al.*,<br><br>        Defendant. | C.A. No. 12-338 (LPS) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Data Carriers LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(B) and 42(a)(2), hereby dismisses all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

July 25, 2012

OF COUNSEL:
Marc A. Fenster
Branden D. Frankel
Adam S. Hoffman
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bfrankel@raklaw.com
ahoffman@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*

**IT IS SO ORDERED** this 26th day of July, 2012.

_____
The Honorable Leonard P. Stark
United States District Court Judge